MARTHA S. DOTY (SBN 143287)
KELSEY K. WONG (SBN 314574)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone: 213-576-1000
Facsimile: 213-576-1100
martha.doty@alston.com
kelsey.wong@alston.com

Attorneys for Defendant
AMERICAN NATIONAL RED CROSS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISELDA BAQUIRAN,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN NATIONAL RED CROSS, LYLE PELTIER; and DOES 1 through 50, Inclusive,<br><br>　　　Defendants. | Case No.:<br><br>**DEFENDANT AMERICAN NATIONAL RED CROSS'S NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>**[28 U.S.C. §§ 1441 and 1446, and 36 U.S.C. § 300105(a)(5)]** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA:**

PLEASE TAKE NOTICE that Defendant American National Red Cross ("Defendant") hereby removes the above-entitled action, Los Angeles Superior Court Case No. 21PSCV01071, from the Superior Court of California for the County of Los Angeles to the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1441 and 1446, and 36 U.S.C. § 300105(a)(5). This Court has original jurisdiction over this action under 36 U.S.C. § 300105(a)(5) because this action involves the American National Red Cross. The American National Red Cross is a not-for-profit corporation operating under a congressional charter codified at 36 U.S.C. §§ 300101 *et seq*. In support of its Notice of Removal, Defendant states as follows:

I.   **PLEADINGS, PROCESS AND ORDERS**

1.   On December 22, 2021, Plaintiff Criselda Baquiran ("Plaintiff") commenced an action against Defendant in the Superior Court of California for the County of Los Angeles, entitled *Criselda Baquiran v. American National Red Cross, et al.,* Case No. 21PSCV01071 (the "Complaint"). The Complaint purports to state causes of action against Defendant for: (1) sexual harassment in violation of the Fair Employment and Housing Act ("FEHA"); (2) failure to prevent harassment in violation of FEHA; and (3) intentional infliction of emotional distress.

2.   On January 26, 2022, Plaintiff served Defendant with the Summons and the Complaint; Alternative Dispute Resolution (ADR) package; Civil Case Cover Sheet; Civil Case Cover Sheet Addendum; Notice of Case Assignment; Order to Show Cause Hearing; and Notice of Case Management Conference. Plaintiff filed Proof of Service of Summons on January 31, 2022.

3.   On February 24, 2022, Defendant filed and served an Answer to Plaintiff's Complaint, which was deemed filed by the Superior Court of California for

the County of Los Angeles on February 24, 2022.

4. A copy of the Summons, Complaint, Civil Case Cover Sheet, Proof of Service, Answer, and the remainder of the State Court files are attached to the Declaration of Martha S. Doty as <u>Exhibits A-D</u>. Pursuant to 28 U.S.C. § 1446(a), the attached Exhibits constitute all process, pleadings, and orders served upon Defendant or filed or received by Defendant in this action.

## II. <u>TIMELINESS OF REMOVAL</u>

5. An action may be removed from state court by filing a notice of removal, together with a copy of all process, pleadings, and orders served on the defendant within 30 days of service on defendant of the initial pleading. 28 U.S.C. § 1446(b); *see Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc*., 526 U.S. 344, 354 (1999) (the 30-day removal period runs from the service of the summons and complaint).

6. Defendant files this Notice of Removal within 30 days from January 26, 2022, when Defendant was first served with the Summons and the Complaint, and therefore this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).  (See Doty Declaration, <u>Exhibit A</u>.)

## III. <u>THE COURT HAS ORIGINAL JURISDICTION OVER THIS ACTION</u>

7. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1441(a) and 36 U.S.C. § 300105(a)(5) because Plaintiff brings this action against the American National Red Cross. The American National Red Cross is a not-for-profit corporation operating under a congressional charter codified at 36 U.S.C. §§ 300101, *et seq. See* 36 U.S.C. §§ 300101(a) ("The American National Red Cross . . . is a Federally chartered instrumentality of the United States and a body corporate and politic in the District of Columbia").

8. The charter of the American National Red Cross, drafted by the United States Congress, provides, in pertinent part, that the organization may "sue and be sued in courts of law and equity, State or Federal, within the jurisdiction of the United

States . . . ." 36 U.S.C. § 300105(a)(5).

9. Pursuant to 36 U.S.C. § 300105(a), this Court has original jurisdiction over any action in which the American National Red Cross is a party. *See Am. Nat'l Red Cross v. S.G. & A.E.*, 505 U.S. 247, 257, 112 S. Ct. 2465, 120 L. Ed. 2d 201 (1992) (holding that the "Red Cross Charter's 'sue and be sued'" provision "extends beyond a mere grant of general corporate capacity to sue, and suffices to confer federal jurisdiction").

10. This grant of original jurisdiction authorizes Defendant to remove this action from state court to federal court pursuant to 28 U.S.C. § 1441(a), which provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." *See Am. Nat'l Red Cross*, *supra,* 505 U.S. at 248 (holding that the "consequence" of the federal courts' original jurisdiction is that the American National Red Cross "is thereby authorized to remove from state to federal court any state-law action it is defending").

11. Accordingly, Defendant's removal of this action to federal district court is proper.

**IV.   VENUE**

12. This action was filed in the Superior Court for the State of California in the County of Los Angeles. Venue properly lies in the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 84, 1391, 1441, and 1446.

**V.   NOTICE OF REMOVAL TO ADVERSE PARTY AND STATE COURT**

13. As required by 28 U.S.C. § 1446(d), promptly after filing this Notice of Removal to Federal Court, Defendant will give written notice of such filing to Plaintiff's counsel of record and file a copy of this Notice of Removal to Federal Court with the Clerk of the Superior Court of the State of California, County of Los

Angeles.

WHEREFORE, having met the standards for removal and providing notice as is required by law, the above-entitled action is properly and timely removed from the Superior Court of California for the County of Los Angeles to the United States District Court for the Central District of California.

DATED: February 25, 2022     MARTHA S. DOTY
KELSEY K. WONG
**ALSTON & BIRD LLP**

_/s/ Martha Doty_

Martha S. Doty
Attorneys for Defendant
AMERICAN NATIONAL RED CROSS

# PROOF OF SERVICE

I, Nora Fernandez, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is c/o Alston & Bird LLP, 333 South Hope Street, Sixteenth Floor, Los Angeles, California 90071.

On February 25, 2022, I served the document(s) described as **DEFENDANT AMERICAN NATIONAL RED CROSS'S NOTICE OF REMOVAL TO FEDERAL COURT** on the interested parties in this action by the service marked below:

| | |
|---|---|
| Gabriel Sepulveda Sanchez<br>Sepulveda Sanchez Law, PC<br>714 W. Olympic Blvd. Suite 450<br>Los Angeles, CA 90015 | Attorneys for Plaintiff<br>CRISELDA BAQUIRAN<br><br>Telephone: (213) 426-1051<br>Facsimile: (213) 426-1052<br>Email: gabriel@sepulvedalawgroup.com |
| Seydi A. Morales, Esq.<br>Law Offices of Seydi A. Morales<br>6311 Van Nuys Blvd. #415<br>Van Nuys, CA 91401 | Attorneys for Plaintiff<br>CRISELDA BAQUIRAN<br><br>Telephone: (818) 468-1461<br>Email: seydimlaw@gmail.com |

☒ BY MAIL: I am "readily familiar" with this firm's practice for the collection and the processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, the correspondence would be deposited with the United States Postal Service at 333 South Hope Street, Los Angeles, California 90071 with postage thereon fully prepaid the same day on which the correspondence was placed for collection and mailing at the firm. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope at Alston & Bird LLP, 333 South Hope Street, Los Angeles, California 90071.

☐ UPS NEXT DAY AIR: I deposited such envelope in a facility regularly maintained by UPS with delivery fees fully provided for or delivered the envelope to a courier or driver of UPS authorized to receive documents at Alston & Bird LLP, 333 South Hope Street, Los Angeles, California 90071 with delivery fees fully provided for.

☐ By Personal Service: I caused to be delivered by courier **ACE ATTORNEY SERVICE, INC.,** such envelope by hand to the offices of the above addressee(s).

☒ BY ELECTRONIC MAIL TRANSMISSION WITH ATTACHMENT: On this date, I transmitted the above-mentioned document by electronic mail transmission with attachment to the parties at the electronic mail transmission address set forth on the attached E-Service list.

☒ [Federal]   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 25, 2022, at Los Angeles, California.

*/s/ Nora Fernandez*

Nora Fernandez